No. 2173. PEOPLE *v.* ORTIZ.—Assault and battery. District Court of Humacao. February 26, 1924.

No. 2165. PEOPLE *v.* RIVERA.—Assault and battery. District Court of Arecibo. February 28, 1924.

No. 2175. PEOPLE *v.* GUTIERREZ.—District Court of Guayama. February 28, 1924.

No. 2194. PEOPLE *v.* LATORRE.—Assault and battery. First District Court of San Juan. February 29, 1924.

No. 2191. PEOPLE *v.* PADÍN.—Adulteration of milk. First District Court of San Juan. February 29, 1924.

No. 2195. PEOPLE *v.* AGUILAR.—Assault and battery. First District Court of San Juan. March 4, 1924.

No. 2196. PEOPLE *v.* ROMÁN.—Assault and battery. First District Court of San Juan. March 4, 1924.

No. 2197. PEOPLE *v.* ALCÁNTARO.—Assault and battery. First District Court of San Juan. March 6, 1924.

No. 2198. PEOPLE *v.* ROSADO.—Assault and battery. First District Court of San Juan. March 6, 1924.

No. 2200. PEOPLE *v.* ANDINO.—Breach of the peace. First District Court of San Juan. March 7, 1924.

No. 2203. PEOPLE *v.* DÍAZ.—Violation of the Automobiles Act. First District Court of San Juan. March 11, 1924.

No. 2201. PEOPLE *v.* ANDINO.—Violation of the Automobiles Act. First District Court of San Juan. March 11, 1924.

No. 2204. PEOPLE *v.* CULSON ET AL.—Breach of the peace. First District Court of San Juan. March 13, 1924.

No. 2205. PEOPLE *v.* MELÉNDEZ.—Breach of the peace. First District Court of San Juan. March 13, 1924.

No. 2206. PEOPLE *v.* CORCHADO.—Breach of the peace. First District Court of San Juan. March 14, 1924.

No. 2207. PEOPLE *v.* PADILLA.—Petty larceny. First District Court of San Juan. March 14, 1924.

No. 2210. PEOPLE *v.* HERNÁNDEZ.—Carrying weapons. First District Court of San Juan. March 18, 1924.